In the Matter of SUARNA MEHULIC, Appellant, v STATE BOARD FOR PROFESSIONAL MEDICAL CONDUCT, Respondent.

Decided October 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it is untimely (*see* CPLR 5513 [a]).